**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STEPHANIE AGNEW, FELISA BRYANT, DEBORAH CERKEZOGLU, AZA ZHAMBEKOVA, and SHAWNA STUMP, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MACY'S RETAIL HOLDINGS, LLC,<br><br>Defendant. | Case No. 2:25-cv-02006<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>October 20, 2025 |

Under Western District of Washington Local Rules 7 and 10, Plaintiffs Stephanie Agnew, Felisa Bryant, Deborah Cerkezoglu, Aza Zhambekova, and Shawna Stump, and their Counsel of Record, on their own behalf and on behalf of all others similarly situated ("Plaintiffs") and Defendant Macy's Retail Holdings, LLC ("Defendant"), together (the "Parties"), by and through their respective counsel, hereby stipulate that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of fifty-one (51) days to December 5, 2025.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.1992).

Good cause exists for the extension of Defendant's deadline to respond to the Complaint. This case was removed to this Court on October 15, 2025. Counsel for Defendant was only recently retained and seeks additional time to understand the complex allegations and determine the path forward for this

STIPULATED MOTION AND ORDER
TO EXTEND TIME TO RESPOND TO
COMPLAINT - 1
Case No. 2:25-cv-02006


litigation. Accordingly, the Parties request that the Court extend Defendant's deadline to respond to the Complaint to December 5, 2025. The Parties have not made any previous requests to extend this deadline.

The Parties further stipulate and request that should Defendant file a Motion to Dismiss in response to the Complaint, the Court enter the following briefing schedule:

a. Plaintiff's Opposition to the Motion shall be due January 9, 2026; and

b. Defendant's Reply shall be due February 6, 2026.

Dated: October 21, 2025

Respectfully submitted,

*/s/ Meegan B. Brooks*
MEEGAN B. BROOKS (WA 62516)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628.600.2232
Email: mbrooks@beneschlaw.com

*Attorney for Defendant*
*Macy's Retail Holdings, LLC*

Dated: October 21, 2025

*/s/ Michael C. Tackeff*
LYNN A. TOOPS
NATALIE A. LYONS
IAN R. BENSBERG
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Email: ltoops@cohenmalad.com
Email: ibensberg@cohenmalad.com

J. GERARD STRANCH, IV
MICHAEL C. TACKEFF
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Email: gstranch@stranchlaw.com

STIPULATED MOTION AND ORDER
TO EXTEND TIME TO RESPOND TO
COMPLAINT - 2
Case No. 2:25-cv-02006

1
2   Email: mtackeff@stranchlaw.com
3   SAMUEL J. STRAUSS
    RAINA C. BORRELLI
4   **STRAUSS BORRELLI, LLP**
    980 N. Michigan Avenue, Suite 1610
5   Chicago, IL 60611
    Telephone: (872) 263-1100
6   Email: sam@straussborrelli.com
    Email: raina@straussborrelli.com
7
8   *Attorneys for Plaintiffs Stephanie Agnew,*
    *Felisa Bryant, Deborah Cerkezoglu,*
9   *Aza Zhambekova, and Shawna Stump*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  STIPULATED MOTION AND ORDER
    TO EXTEND TIME TO RESPOND TO
    COMPLAINT - 3
    Case No. 2:25-cv-02006

**ORDER**

IT IS SO ORDERED.

Dated this 21st day of October, 2025.

_____
John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER
TO EXTEND TIME TO RESPOND TO
COMPLAINT - 4
Case No. 2:25-cv-02006