# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE AGNEW, FELISA BRYANT, DEBORAH CERKEZOGLU, AZA ZHAMBEKOVA, and SHAWNA STUMP, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MACY'S RETAIL HOLDINGS, LLC,<br><br>Defendant. | Case No. 2:25-cv-02006-JHC<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE TO THE DATES IN THE COURT'S SCHEDULING ORDER [DKT. 12]**<br><br>NOTE ON MOTION CALENDAR:<br>December 3, 2025 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rules 7 and 10, Plaintiffs Stephanie Agnew, Felisa Bryant, Deborah Cerkezoglu, Aza Zhambekova, and Shawna Stump, on their own behalf and on behalf of others similarly situated ("Plaintiffs"), and Defendant Macy's Retail Holdings, LLC ("Defendant"), together (the "Parties"), by and through their respective counsel, hereby stipulate to continue the Scheduling Order [Dkt. 12] deadlines.

On November 21, 2025, this Court entered a Scheduling Order [Dkt. 12] setting the following deadlines: **Rule 26(f) Conference**: December 5, 2025; **Initial Disclosures:** December 19, 2025; and **Joint Status Report:** December 26, 2025

Defendant intends to file a Motion to Dismiss on December 5, 2025. The Parties agree that it would promote efficiency and avoid unnecessary expense to defer the Rule 26(f) conference, initial disclosures, and joint status report until after the Motion to Dismiss is on file, so that the Parties' case-planning efforts

STIPULATED MOTION AND ORDER
TO CONTINUE TO THE DATES IN THE
COURT'S SCHEDULING ORDER - 1
Case No. 2:25-cv-02006-JHC

1  can be informed by the issues raised in the motion.  The Parties therefore propose the following new
2  deadlines:

| Event | Old Deadline | Proposed Revised Deadline |
|---|---|---|
| Rule 26(f) Conference | December 5, 2025 | January 16, 2026 |
| Initial Disclosures (if the Court orders them to be filed pursuant to Local Rule 5(d)) | December 19, 2025 | January 30, 2026 |
| Joint Status Report | December 26, 2025 | February 7, 2026 |

Good cause exists to modify the Scheduling Order. Fed. R. Civ. P. 16(b)(4). Extending the dates until after the Motion to Dismiss is filed will allow the Parties to conduct Rule 26(f) discussions and case planning with the benefit of the issues raised in the motion and avoid premature or unnecessary discovery-related work.

Dated:  December 3, 2025

Respectfully submitted,

*/s/ Meegan B. Brooks*
MEEGAN B. BROOKS (WSBA 62516)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone:  628.600.2232
Email:  mbrooks@beneschlaw.com

*Attorney for Defendant*
*Macy's Retail Holdings, LLC*

Dated:  December 3, 2025

*/s/ Lynn A. Toops (with authorization)*
LYNN A. TOOPS, *pro hac vice*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Email: ltoops@cohenmalad.com

STIPULATED MOTION AND ORDER
TO CONTINUE TO THE DATES IN THE
COURT'S SCHEDULING ORDER - 2
Case No. 2:25-cv-02006-JHC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MICHAEL C. TACKEFF, *pro hac vice*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Email: mtackeff@stranchlaw.com

SAMUEL J. STRAUSS (WSBA 46971)
**STRAUSS BORRELLI, LLP**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Email: sam@straussborrelli.com

*Attorneys for Plaintiffs Stephanie Agnew,*
*Felisa Bryant, Deborah Cerkezoglu,*
*Aza Zhambekova, and Shawna Stump,*
*on their own behalf and on behalf of others*
*similarly situated*

STIPULATED MOTION AND ORDER
TO CONTINUE TO THE DATES IN THE
COURT'S SCHEDULING ORDER - 3
Case No. 2:25-cv-02006-JHC

**ORDER**

IT IS SO ORDERED.

Dated this 3rd day of December, 2025.

_____
John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER
TO CONTINUE TO THE DATES IN THE
COURT'S SCHEDULING ORDER - 4
Case No. 2:25-cv-02006-JHC