UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE AGNEW, FELISA BRYANT, DEBORAH CERKEZOGLU, AZA ZHAMBEKOVA, and SHAWNA STUMP, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>and<br><br>STATE OF WASHINGTON,<br><br>Proposed Plaintiff Intervenor,<br><br>v.<br><br>MACY'S RETAIL HOLDINGS, LLC,<br><br>Defendant. | NO. 2:25-cv-02006-JHC<br><br>STATE OF WASHINGTON'S STIPULATED MOTION AND ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b)<br><br>Note for Motion Calendar:<br>January 15, 2026 |

Proposed Plaintiff-Intervenor the State of Washington respectfully requests that the Court grant its stipulated intervention as a matter of right in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington Commercial Electronic Mail Act (CEMA), Wash. Rev. Code § 19.190.060. Macy's Retail Holdings, LLC's Motion to Dismiss (Dkt. 15) argues that CEMA violates the dormant Commerce Clause and is preempted by federal law pursuant to the Supremacy Clause. On December 5, 2025, Defendant filed and served notice

of the constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b). Dkt. 16.

Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to intervene . . . on the question of constitutionality." "Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed . . . . Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c).

The State is prepared to file its substantive brief in opposition to Defendant's Motion to Dismiss by February 3, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 15, 2026

NICHOLAS W. BROWN
Attorney General

*s/ Ben Brysacz*
BEN BRYSACZ, WSBA #54683
Assistant Attorney General

*s/ Robert Hyde*
ROBERT HYDE, WSBA #33593
Assistant Attorney General

Attorneys for Movant State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-474-7744
ben.brysacz@atg.wa.gov
robert.hyde@atg.wa.gov

Dated: January 15, 2026

*s/ Michael C. Tackeff (with permission)*
LYNN A. TOOPS, *pro hac vice*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone:   (317) 636-6481
Email:         ltoops@cohenmalad.com

| | |
|---|---|
| 1 | MICHAEL C. TACKEFF, *pro hac vice* |
| 2 | STRANCH, JENNINGS & GARVEY, PLLC |
| | 223 Rosa L. Parks Avenue, Suite 200 |
| 3 | Nashville, TN 37203 |
| | Telephone: (615) 254-8801 |
| 4 | Email: mtackeff@stranchlaw.com |
| 5 | SAMUEL J. STRAUSS (WSBA 46971) |
| | STRAUSS BORRELLI, LLP |
| 6 | 980 N. Michigan Avenue, Suite 1610 |
| | Chicago, IL 60611 |
| 7 | Telephone: (872) 263-1100 |
| 8 | Email: sam@straussborrelli.com |

*Attorneys for Plaintiffs Stephanie Agnew, Felisa Bryant, Deborah Cerkezoglu, Aza Zhambekova, and Shawna Stump, on their own behalf and on behalf of others similarly situated*

Dated: January 15, 2026

s/ *Meegan B. Brooks (with permission)*
MEEGAN B. BROOKS (WSBA 62516)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 941111
Telephone: 620.600.2232
Email: mbrooks@beneschlaw.com

*Attorney for Defendant Macy's Retail Holdings, LLC*

*I certify that this memorandum contains 217 words, in compliance with the Local Civil Rules.*

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b)
(2:25-cv-02006-JHC) - 3

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 15th day of January, 2026.

_____
JOHN H. CHUN
United States District Judge

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b)
(2:25-cv-02006-JHC) - 4