UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE AGNEW, FELISA BRYANT, DEBORAH CERKEZOGLU, AZA ZHAMBEKOVA, and SHAWNA STUMP, on their own behalf and on behalf of others similarly situated,

Plaintiffs,

and

STATE OF WASHINGTON,

Plaintiff-Intervenor,

v.

MACY'S RETAIL HOLDINGS, LLC,

Defendant.

NO. 2:25-cv-02006-JHC

STATE OF WASHINGTON'S STIPULATED MOTION AND ORDER TO WITHDRAW AS PLAINTIFF-INTERVENOR AND TO WITHDRAW AS ATTORNEYS

Note for Motion Calendar:
April 8, 2026

On January 15, 2026, the State of Washington filed a stipulated motion and proposed order to intervene in this action for the limited purpose of defending the constitutionality of the Washington Commercial Electronic Mail Act, Wash. Rev. Code § 19.190.060. Dkt. 18. The Court granted that stipulated motion on January 15, 2026 (Dkt. 19), and the State filed its response in opposition to Macy's Retail Holdings, LLC's (Macy's) Motion to Dismiss on February 3, 2026 (Dkt. 22).

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER TO WITHDRAW AS
PLAINTIFF-INTERVENOR AND
WITHDRAW AS ATTORNEYS - 1
(2:25-cv-02006-JHC)

The Court issued an order on March 18, 2026, denying Macy's motion to dismiss and rejecting the constitutional challenge to the Washington CEMA. Dkt. 30. The period for Macy's to file a motion for reconsideration of that order is now closed pursuant to LCR 7(h)(2).

The State of Washington thus now moves to withdraw as a party from this case. All parties stipulate and agree that the State of Washington may be terminated as a party. Should the constitutionality of any state statute be called into question by a future filing in this action, the parties will serve notice on the State as required by Federal Rule of Civil Procedure 5.1 and 28 U.S.C § 2403(b).

Pursuant to LCR 83.2(b)(1), attorneys for the State of Washington Ben Brysacz, Robert Hyde, and Claire McNamara also seek to withdraw from this matter. Their withdrawal will not leave a party unrepresented as the State will no longer be a party.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER TO WITHDRAW AS
PLAINTIFF-INTERVENOR AND
WITHDRAW AS ATTORNEYS - 2
(2:25-cv-02006-JHC)

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 8, 2026

NICHOLAS W. BROWN
Attorney General

*s/ Ben Brysacz*

BEN BRYSACZ, WSBA #54683
Assistant Attorney General

*s/ Robert Hyde*

ROBERT HYDE, WSBA #33593
Assistant Attorney General

*s/ Claire McNamara*

CLAIRE MCNAMARA, WSBA #50097
Assistant Attorney General

Attorneys for Plaintiff Intervenor State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-474-7744
ben.brysacz@atg.wa.gov
robert.hyde@atg.wa.gov
claire.mcnamara@atg.wa.gov

Dated: April 8, 2026

STRAUSS BORRELLI, LLP

*s/ Michael C. Tackeff (with permission)*

SAMUEL J. STRAUSS, WSBA #46971
RAINA C. BORRELLI, *pro hac vice* forthcoming
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

STRANCH, JENNINGS, & GARVEY PLLC

J. GERARD STRANCH, IV, *pro hac vice* forthcoming
MICHAEL C. TACKEFF, *pro hac vice*
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  32703
Tel.: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER TO WITHDRAW AS
PLAINTIFF-INTERVENOR AND
WITHDRAW AS ATTORNEYS - 3
(2:25-cv-02006-JHC)

COHENMALAD, LLP

LYNN A. TOOPS, *pro hac vice*
NATALIE A. LYONS, *pro hac vice* forthcoming
IAN R. BENSBERG, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

*Attorneys for Plaintiff*

Dated: April 8, 2026                BALLARD SPAHR LLP

*s/ Meegan B. Brooks (with permission)*
MEEGAN B. BROOKS, WSBA #62516
71 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone: 415.318.2770
Facsimile: 424.204.4350
brooksm@ballardspahr.com

*Attorneys for Defendant Macy's Retail Holdings, LLC*

*I certify that this memorandum contains 257 words, in compliance with the Local Civil Rules.*

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER TO WITHDRAW AS
PLAINTIFF-INTERVENOR AND
WITHDRAW AS ATTORNEYS - 4
(2:25-cv-02006-JHC)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Clerk is DIRECTED to terminate the State of Washington as a party to this action and to note the withdrawal of attorneys Ben Brysacz, Robert Hyde, and Claire McNamara.

Dated this 8th day of April, 2026.

*John H. Chun*

JOHN H. CHUN
United States District Judge

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER TO WITHDRAW AS
PLAINTIFF-INTERVENOR AND
WITHDRAW AS ATTORNEYS - 5
(2:25-cv-02006-JHC)