IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| STEPHANIE AGNEW, FELISA BRYANT, DEBORAH CERKEZOGLU, AZA ZHAMBEKOVA, and SHAWNA STUMP on their own behalf and on behalf of others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>MACY'S RETAIL HOLDINGS, LLC,<br><br>            Defendant. | Case No.: 2:25-cv-02006-JHC<br><br>**STIPULATION & SCHEDULING ORDER REGARDING MOTION FOR CLASS CERTIFICATION AND DISPOSITIVE MOTIONS** |

Pursuant to the Court's April 20, 2025 Minute Order (Dkt. 34), Plaintiffs Stephanie Agnew, Felisa Bryant, Deborah Cerkezpglu, Aza Zhambekova, and Shawna Stump ("Plaintiffs") and Defendant Macy's Retail Holdings, LLC, ("Macy's" or "Defendant") (collectively, the "Parties"), respectfully submit the following proposed schedule for briefing on Plaintiffs' Motion for Class Certification and any dispositive motions:

**1. Class Certification**

  a. Plaintiffs' Motion for Class Certification shall be due **on or before February 19, 2027**.

STIPULATION & SCHEDULING
ORDER REGARDING MOTION
FOR CLASS CERTIFICATION
AND DISPOSITIVE MOTIONS
Case No.: 2:25-cv-02006-JHC

- 1 -

b.  Defendant's response shall be due **45 days after** Plaintiffs' file their Motion for Class Certification.

c.  Plaintiffs' reply in further support shall be due **30 days after** Defendant files its response.

2. **Dispositive Motions**

a.  Dispositive motions shall be due **on or before 90 days before the trial date**.

b.  Responses shall be due **45 days after** the dispositive motion is filed.

c.  Any reply shall be due **30 days after** the response is filed.

STIPULATION & SCHEDULING
ORDER REGARDING MOTION
FOR CLASS CERTIFICATION
AND DISPOSITIVE MOTIONS
Case No.: 2:25-cv-02006-JHC

- 2 -

RESPECTFULLY SUBMITTED this 27th day of April, 2026, by:

*/s/ Michael C. Tackeff*
J. Gerard Stranch, IV, *pro hac vice* application forthcoming
Michael C. Tackeff, admitted *pro hac vice*
Andrew K. Murray, *pro hac vice* application forthcoming
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com


Samuel J. Strauss
Raina C. Borrelli, *pro hac vice* application forthcoming
STRAUSS BORRELLI, LLP
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com


Lynn A. Toops, admitted *pro hac vice*
Natalie A. Lyons, *pro hac vice* application forthcoming
Ian R. Bensberg, *pro hac vice* application forthcoming
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

*/s/ Meegan B. Brooks (with permission)*
Meegan B. Brooks
Stephanie Sheridan, pro hac vice application forthcoming
Christopher Stretch, pro hac vice application forthcoming
Whitney R. Miner, pro hac vice application forthcoming
Benesch Friedlander Coplan & Aronoff, LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Tel: (628) 600-2250
mbrooks@beneschlaw.com
ssheridan@beneschlaw.com
cstretch@beneschlaw.com
wminer@beneschlaw.com


Chad D. Silker, *pro hac vice* application forthcoming
Macy's Law Department
11477 Olde Cabin Road, Suite 400
St. Louis, Missouri 63141
Tel: (314) 342-6379
Chad.silker@macys.com


**Counsel for Defendant**

STIPULATION & SCHEDULING
ORDER REGARDING MOTION
FOR CLASS CERTIFICATION
AND DISPOSITIVE MOTIONS
Case No.: 2:25-cv-02006-JHC

- 3 -

*Counsel for Plaintiffs and the Proposed Class*

## ORDER

The Court accepts the parties' proposal with one exception.  Dispositive motions shall be due **on or before at least 120 days before the trial date**.

It is so ORDERED.

DATED this 27th day of April, 2026.

John H. Chun
United States District Judge

STIPULATION & SCHEDULING                - 4 -
ORDER REGARDING MOTION
FOR CLASS CERTIFICATION
AND DISPOSITIVE MOTIONS
Case No.: 2:25-cv-02006-JHC