**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| STEPHANIE AGNEW, FELISA BRYANT, DEBORAH CERKEZOGLU, AZA ZHAMBEKOVA, and SHAWNA STUMP on their own behalf and on behalf of others similarly situated, | Case No.: 2:25-cv-02006-JHC |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW ECF NOS. 45, 46-1, AND 46-4 FOR RE-FILING UNDER SEAL |
| vs. | |
| MACY'S RETAIL HOLDINGS, LLC, | |
| Defendant. | |

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to Withdraw ECF Nos. 45, 46-1, and 46-4 for Re-filing Under Seal.  Dkt. # 47.  The Court being duly advised hereby GRANTS Plaintiffs' motion.

IT IS HEREBY ORDERED:

1.      Plaintiffs' request to withdraw Plaintiffs' Reply in Support of Motion to Compel (Dkt. 45), with Plaintiffs to simultaneously and immediately refile an appropriately redacted version and file the corresponding unredacted version under seal pursuant to LCR 5(g)(5) is GRANTED;

2.      Plaintiffs' request to withdraw Exhibit A (Dkt. 46-1) and Exhibit D (Dkt. 46-4) to the Declaration of Lynn A. Toops) pending Plaintiffs' refiling of appropriately redacted versions is GRANTED;

3.      Plaintiffs' request to file a redacted version of Plaintiffs' Reply in Support of Motion to Compel in place of the version currently on the docket is GRANTED;

4.      The Clerk is directed to restrict public access to Dkt. 45, Dkt. 46-1 and Dkt. 46-4 pending Plaintiffs' refiling of appropriately redacted versions;

5.      All other aspects of Plaintiffs' Reply in Support of Motion to Compel (Dkt. 45) and the pending Motion to Compel remain unaffected by this Order; and

6.      The Parties are further ORDERED to file a stipulated motion for leave to file under seal the unredacted versions of Plaintiffs' Reply and Exhibits A and D within seven (7) days of entry of this Order.

DATED: July 1, 2026.


John H. Chun
United States District Judge

ORDER GRANTING
PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW
ECF NOS. 45, 46-1, AND 46-4 FOR RE-FILING UNDER SEAL
Page 2