**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| STEPHANIE AGNEW, FELISA BRYANT, DEBORAH CERKEZOGLU, AZA ZHAMBEKOVA, and SHAWNA STUMP on their own behalf and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>MACY'S RETAIL HOLDINGS, LLC,<br><br>        Defendant. | Case No.: 2:25-cv-02006-JHC<br><br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL AND EXHIBITS A AND D UNDER SEAL |

THIS MATTER comes before the Court on the Parties' Stipulated Motion for Leave to File Plaintiffs' Reply in Support of Motion to Compel and Exhibits A and D Under Seal. Dkt. # 50. The Court, having considered the motion, including the Parties' certification of meet and confer and Defendant's statement of the basis for sealing under LCR 5(g)(3)(B), and being duly advised, hereby GRANTS the Parties' motion.

IT IS HEREBY ORDERED that:

1.    Plaintiffs' request to refile redacted versions of Exhibit A and Exhibit D to the Declaration of Lynn A. Toops is GRANTED.

ORDER GRANTING
STIPULATED MOTION FOR LEAVE TO
FILE - 2:25-cv-02006-JHC                     - 1 -

2. Plaintiffs shall refile redacted versions of Exhibit A and Exhibit D in place of Dkt. 46-1 and Dkt. 46-4.

3. The Parties' request to file the unredacted versions of Plaintiffs' Reply in Support of Motion to Compel, Exhibit A, and Exhibit D under seal is GRANTED.

4. The unredacted versions of the Reply, Exhibit A, and Exhibit D shall be filed under seal as separate sealed docket entries, and shall remain under seal until further order of the Court.

5. All other aspects of Plaintiffs' Reply in Support of Motion to Compel (Dkt. 46) and the pending Motion to Compel remain unaffected by this Order.

IT IS SO ORDERED.

Dated this 7th day of July, 2026.


_John H. Chun_ _____

John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
STIPULATED MOTION FOR LEAVE TO
FILE - 2:25-cv-02006-JHC                  - 2 -