UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE AGNEW, FELISA BRYANT, DEBORAH CERKEZOGLU, AZA ZHAMBEKOVA, and SHAWNA STUMP, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MACY'S RETAIL HOLDINGS, LLC,

Defendant.

CASE NO. 2:25-cv-02006-JHC

ORDER

This matter comes before the Court on the Court's Order to Show Cause. Dkt. # 62. The Court thanks the parties for their responses to the Order. Dkt. ## 63 & 64. Upon review of those responses, the Court concludes that Defendant has not met its burden of alleging that Plaintiffs have Article III standing, and thus has not met its burden of establishing subject matter jurisdiction to support removal. Thus, the Court REMANDS this matter to King County Superior Court and DIRECTS the Clerk to STRIKE as moot the motion at Dkt. # 56, and to mail a copy of this Order to the state court.

//

//

Dated this 25th day of September, 2026.

John H. Chun
United States District Judge